**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

BILLIE WILLIS,                              )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )   Case No.  CV-22-349-SLP
                                            )
PROGRESSIVE DIRECT                          )
INSURANCE COMPANY,                          )
                                            )
            Defendant.                      )

**O R D E R**

Before the Court is the Second Motion to Compel Discovery and Request for Sanctions [Doc. No. 49] filed by Plaintiff Billie Willis.  Defendant Progressive Direct Insurance Company has responded, *see* [Doc. No. 51], and Plaintiff has replied, *see* [Doc. No. 54].  Subsequent to the filing of these motions, the parties have filed their final witness and exhibit lists and submitted extensive summary judgment briefing before the Court.  In addition, Progressive responded to the discovery subject to the Motion, and the Court granted Plaintiff leave to amend his complaint, *see* [Doc. No. 101].

In light of these subsequent developments, the Court orders the parties to have an additional conference pursuance to Local Civil Rule 37.1 to address whether the discovery motions remain in dispute and, if so, to attempt to resolve any remaining disputes in whole or in part.

IT IS THEREFORE ORDERED that the parties shall conduct a conference pursuant to Local Civil Rule 37.1 and shall file a Joint Notice within 10 days of the date of this Order

advising the Court as to the issues, if any, that remain for resolution.

IT IS SO ORDERED this 24th day of July, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE