# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLIE WILLIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-22-349-SLP |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) |
| Defendant. | ) |

## **O R D E R**

The Court previously ordered the parties to provide a Joint Notice describing which discovery issues remained in light of the developments in this case—including the amendment of the complaint and the filing of cross-motions for summary judgment. *See* Order [Doc. No. 109]; Joint Notice [Doc. No. 111]. Despite those subsequent developments, nearly all the issues raised in the five pending discovery motions, *see* [Docs. No. 48, 49, 50, 57, and 58] still require Court intervention. The parties' inability to move discovery forward, coupled with their extensive briefing, requires the Court to reschedule the trial in this matter once again.

IT IS THEREFORE ORDERED that the trial for this matter is STRICKEN from the September trial docket to be reset on the November 7, 2023 trial docket.

IT IS SO ORDERED this 16th day of August, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE