### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLIE WILLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-349-SLP |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and on March 14, 2024, the jury rendered its unanimous verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Billie Willis against Defendant Progressive Direct Insurance Company in the amount of $14,968.00 in actual damages on the breach of contract claim, and in the amount of $550,000.00 in actual damages on the breach of the duty of good faith and fair dealing claim (bad faith claim).

ENTERED this 14th day of March, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE