IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLIE WILLIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.  CIV-22-349-SLP |
| ) | |
| PROGRESSIVE DIRECT INSURANCE ) | |
| COMPANY, ) | |
|     Defendant. ) | |

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE CLOSING ORDER**

COMES NOW the Plaintiff, Billie Willis, and Defendant, Progressive Direct Insurance Company, and advise the Court that they have reached a settlement of the above-styled case. Accordingly, the parties request the Court enter an administrative closing order allowing 60 days to finalize the settlement.

Respectfully submitted,

s/ Jason Waddell
Jason Waddell, OBA No. 30761
Jason Waddell, PLLC
222 NW 13th Street
Oklahoma City, OK  73103
Telephone:   (405) 232-5291
Facsimile:    (405) 708-7871
Jason@JasonWaddellLaw.com

-and-

s/ Jacob Rowe
Jacob L. Rowe, OBA #21797
FULMER SILL PLLC
1101 N. Broadway Ext., Suite 102
Oklahoma City, OK 73103

Phone: (405) 510-0077
Fax: (800) 978-1345
jrowe@fulmersill.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically transmitted the attached document to the following ECF registrants:

Christopher C. King
Bradley E. Bowlby

s/ Jason Waddell
Jason Waddell

2