## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLIE WILLIS,<br>        Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br>        Defendant. | )<br>)<br>)<br>)   Case No.  CIV-22-349-SLP<br>)<br>)<br>)<br>) |

### RELEASE AND SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 14th day of March, 2024 in favor of Billie Willis and against Progressive Direct Insurance Company in the amount of $14,968.00 in actual damages on the breach of contract claim, and in the amount of $550,000.00 in actual damages on the breach of the duty of good faith and fair dealing. On April 25, 2024, the Clerk of Court taxed costs in favor of Plaintiff in the amount of $6,639.08.

The undersigned do hereby release, acquit and forever discharge Progressive Direct Insurance Company, of and from all liability to and demands of the undersigned in respect to the judgment rendered in the above-entitled cause on the 14th day of March, 2024 and costs awarded on the 25th day of April, 2024, in favor of the Plaintiff Billie Willis.

This Release shall be filed in the office of the Clerk of said Court, and said Clerk is hereby authorized and directed to enter said Release upon the judgment docket of said Court and to release the said judgment of record.

Dated this 31st day of December, 2024.

Respectfully submitted,

s/ Jason Waddell
Jason Waddell, OBA No. 30761
Jason Waddell, PLLC
222 NW 13th Street
Oklahoma City, OK  73103
Telephone:    (405) 232-5291
Facsimile:      (405) 708-7871
Jason@JasonWaddellLaw.com

-and-

s/ Jacob Rowe
Jacob L. Rowe, OBA #21797
FULMER SILL PLLC
1101 N. Broadway Ext., Suite 102
Oklahoma City, OK 73103
Phone: (405) 510-0077
Fax: (800) 978-1345
jrowe@fulmersill.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2024, I electronically transmitted the attached document to the following ECF registrants:

Christopher C. King
Bradley E. Bowlby

s/ Jason Waddell
Jason Waddell